# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| QUINNETTA JACKSON, <br><br>                 Plaintiff, <br><br>                 -against- <br><br> CREDIT ONE BANK, N.A. and JOHN DOES 1-25 <br><br>                 Defendant. | Civil Case Number: 8:17-cv-01471-VMC-JSS |

## JOINT NOTICE OF SETTLEMENT

Counsel for the below signed parties hereby provide notice to the Court that Plaintiff Quinnetta Jackson ("Plaintiff"), on the one hand, and Defendant Credit One Bank, N.A. ("Credit One"), on the other hand, have reached an agreement on all material terms required to settle all of Plaintiff's claims against Credit One pending in this action.  The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation and Order for Dismissal of the claims asserted against Credit One.

Dated:  October 23, 2017

                            MARCUS & ZELMAN, LLC

                            By: /s/ Yitzchak Zelman_____
                            Yitzchak Zelman (YZ5857)
                            *Admitted Pro Hac Vice*
                            ATTORNEYS FOR PLAINTIFF
                            1500 Allaire Avenue, Suite 101
                            Ocean, New Jersey 07712
                            Phone: (347)526-4093
                            Fax:    (732) 298-6256
                            Email: yzelman@MarcusZelman.com


                            /s/ Ashley Rector_____

Ashley N. Rector, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (866) 466-3140
arector@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Credit One Bank, N.A.*